1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 MICKEY KUE,                    )   No.  EDCV 11-0981 FMO
11                                )
12     Plaintiff,                 )   [PROPOSED] ORDER AWARDING
                                  )   EAJA FEES
13     v.                         )
14                                )
   MICHAEL J. ASTRUE,             )
15 Commissioner Of Social Security,)
16                                )
       Defendant.                 )
17 _____ )

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the
21 terms of the stipulation.
22     DATE:   5/8/12              /s/
23                          _____
                            HON. FERNANDO M. OLGUIN
24                          UNITED STATES MAGISTRATE JUDGE

-1-